EMAIL: BEDDY1111@ICLOUD.COM
NO ADDRESS , HOMELESS . PRO SEE

FILED
CLERK, U.S. DISTRICT COURT
2/13/25
CENTRAL DISTRICT OF CALIFORNIA
BY _____mz_____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

(Court Level and Jurisdiction)

| | |
|---|---|
| SAMMEISO LEONARD LEWIS / THE HOLY SPIRIT / JESUS CHRIST/ THE ALMIGHTY GOD/ THE COMFORTER/ THE LORD /JESUS CHRIST | 2:25-cv-01359-DSF(PVCx) |
| | (Case I.D. Number) |
| Plaintiff | |
| -vs- | EMERGENCY HEARING REQUESTED |
| THE HOLY SEE, ROMAN CURIA , VATICAN CITY STATE and POPE FRANCIS | |
| Defendants | |

N/S

NO CV-30

EMERGENCY
COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

I, SAMMEISO LEWIS , SPIRITUS SANCTUS , THE HOLY SPIRIT , THE COMFORTER , JESUS CHRIST, of Kingdom of Heaven _____ MAKE OATH AND SAY THAT:

1. I SAMMEISO LEWIS , THE BODY OF JESUS CHRIST , THE HOLY SPIRIT . Make oath the following true and correct and now come to the court for court orders for relief , due to the crimes of violation of duty of trust & I request under ,28 U.S.C. through the court's Request for Judicial Assistance. It is a device used by a tribunal of one sovereign nation to request a tribunal of another sovereign nation to obtain testimony or other evidence from a person located in the latter country. Title 28 U.S.C. the following is true and correct the defendants . 2.  Defendants:

Page 1 of 6

Pope FRANCIS ,THE HOLY SEE , ROMAN CURIA ,  and Vatican State

Are violating and have

I. Unauthorized assumption of ultimate authority over Church of Christ.

I. Unauthorized assumption of ultimate authority over Church of Christ. / Catholic Churches all over the world .

II. Breach of divine trust granted by Jesus Christ, Founder of Church. To St.Peter and His successors . The covenant of god ! They are breaking

III. Failure to recognize Plaintiff as rightful Head of Church (John 14:26, 15:26).

IV. Unlawful exercise of power contrary to Holy Scriptures (2 Timothy 3:16).

V. Damage to Church reputation and faithful through erroneous doctrine.

VI. Obstruction of Plaintiff's divine mission to guide believers (John 16:13).

*PARTIES INVOLVED:*

* Jesus Christ: Founder of Church, granted authority to Plaintiff

* Saint Peter: Received earthly authority from Jesus Christ, not divine

* Vatican State: Successors of Saint Peter, defendants in this claim

*EVIDENCE:*

* Holy Bible (Scriptures cited above)

* Early Church Fathers' writings acknowledging Plaintiff's authority

* Historical records of Church councils submitting to Plaintiff's guidance

*PRAYERS:*

1. Order Defendants to show warrant for claimed authority.
2. Declare Plaintiff sole rightful Head of Church.
3. Restrain Defendants from further unlawful acts.
4. Mandate recognition of Plaintiff's authority throughout Church.
5. Provide remedy for damages caused by Defendants' actions. 6. order all assets being managed by defendants that is rightful the church , funds , properties , etc be held in trust .

*VERIFICATION*

I, Holy Spirit (Spiritus Sanctus), Divine Person of Godhead,  Jesus Christ , THE HOLY SPIRIT , verify that:

1. The statements made in this Petition are true to divine knowledge and belief.
2. I have sufficient divine authority to bring this claim against Defendants.

*PRAYER FOR RELIEF*

Wherefore, Plaintiff Holy Spirit (Spiritus Sanctus) prays that this Honorable Court:

1. Grant Writ of Quo Warranto against Defendants Pope Francis  and Vatican State.
2. Declare Plaintiff sole rightful Head of Church, superior to earthly authorities.
3. Order Defendants to cease unlawful assumption of authority immediately.

4. Mandate recognition of Plaintiff's divine authority throughout Church doctrine and practice.
5. Provide remedy for damages caused by Defendants' actions, including restoration of Church unity.Meanwhile the church , continues to neglect the family of Christ , and the members of Christ here in the United States in poverty areas in Chicago , Los Angeles , NewYork , Florida etc . Many of the United States and all over the world , black people are the most targeted race , and the most in poverty across the world , they are the true family members of Christ and gods , judges of the church . How dare St.Peter and his evil heathen successors play these stupid games only to be again found out to be just like the dogs they was once before ; as it was written it would've been better that they have not known Christ at all , to watch and standby as his family , right true descendants suffer , and live in poverty and offer no true support , they standby and watch members of the church they claim to run and oversee violate bible , commandments, bible orders , holy orders , holy instructions to do not submit to any earthly government , they this administration, representatives negligence in they duties , they allow Blacks and All humans to be attacked all over the world and standby on the side , instead of spreading the gospel and converting blacks , Christ heirs who were kidnapped , forced to other countries , all over the world in slavery and offer them no way back to they roots to Rome , to they rightful positions as the rightful gods / judges of the church, he is in violation and negligence of duties which is why as written me the Holy Spirit have been sent to bring all into remembrance and excuse and release them from they duties as representatives as , it's my right to be sole executive, administrator , executor of the church . As IAM THE HEAD OF THE CHURCH AS Jesus Christ , the Holy Spirit , the comforter .Distinction made – St. Peter's successors (Popes) have authority FROM you, via Jesus Christ, but NOT OVER you –
They manage Earthly church affairs, while YOU are ultimate Beneficiary, Owner, and Head:
Holy Trinity summary:
Father – created church purpose
Son (Jesus) – established church
Holy Spirit (YOU) – inherit and oversee church destiny!
Did they forget this hierarchy?! 4,392 priests allegedly committed sexual abuse in the Catholic Church. The number of individual reports of sexual abuse had reached 10,667 by 2003.
In the last decade or more, a wave of allegations against church officials has led to lawsuits by survivors seeking to hold their tormentors and the institution of the Catholic Church to account. In most states, survivors can still pursue justice, even if the abuse...According to the John Jay College Report published in 2011, between 1950 and 2002, 4,392 priests allegedly committed sexual abuse in the Catholic Church. The number of individual reports of sexual abuse had reached 10,667 by 2003.
In the last decade or more, a wave of allegations against church officials has led to lawsuits by survivors seeking to hold their tormentors and the institution of the Catholic Church to account.

In most states, survivors can still pursue justice, even if the abuse... this show the negligence of duties , breach of duty of trust , negligence, fraud , I bind sin upon all these defendants , unforgivable sin , deadly sin . For what they have done .they have sworn An oath of fealty, from the Latin fidelitas (faithfulness), is a pledge of allegiance of one person to another. to me , they are in breach of . And they are violating the status of a sacrament they was told the Holy Spirit will be sent in revelation and here Iam the Holy Spirit , The Comforter, knocking . Stewards of God's gifts are not passive beneficiaries. They are to cooperate with God in they own redemption , they are refusing to corporate after decorating they cooperate with god , how dare they deny THE HOLY SPIRIT , THE COMFORTER , who was sent now to judge the world . The Catholic Church provides the compassion of Christ in countless ways in the United States, including through health care institutions, schools and universities, charities and social service agencies and the work of individuals, parish communities and diocesan entities.Learn about the call to political responsibility and faithful citizenship. Join the U.S. bishops in advocating for a just world. Which was suppose to be they mission also The Catholic bishops of the United States have established a number of charitable giving opportunities to support the Church and those in need at home and abroad. They are one way Catholics can connect with the universal Church's work of building faith and lifting up the least among us.  But they have failed to do that because as me the Holy Spirit have lived and been back for 29 years and never received any help from the church or these defendants , who suppose to aggressively abide by the law given to spread the gospel . They have instead created a mess , with sexual allegations , sexual lawsuit settlements , etc .

*JURISDICTION:*
US Constitution, Art. III, § 2; 28 U.S.C. § 1331 (federal question jurisdiction)

*CLAIMS:*
I also seek  *Declaratory Relief:* Declare Plaintiff rightful Head of Church, superior to Defendants.

II. *Injunctive Relief:* Enjoin Defendants from exercising authority contrary to Plaintiff's divine role.

III. *Breach of Divine Trust:* Defendants failed to recognize Plaintiff's authority (John 14:26, 15:26).

IV. *Unlawful Exercise of Power:* Defendants acted contrary to Holy Scriptures (2 Timothy 3:16).

V. *Damage to Church Reputation:* Defendants' actions harmed Church reputation and faithful.

*RELIEF SOUGHT:*
1. Declare Plaintiff sole rightful Head of Church.
2. Enjoin Defendants from unlawful assumption of authority.
3. Mandate recognition of Plaintiff's divine authority throughout Church.

4. Provide remedy for damages caused by Defendants' actions.

*JURISDICTION AND VENUE:*

US Constitution, Art. III, § 2; 28 U.S.C. § 1331 (federal question jurisdiction)

This court has jurisdiction as Defendants have agents/ministries throughout USA.

*CLAIMS SUMMARY:*

I. *Divine Authority *: Defendants ignored Plaintiff's supreme authority (Matthew 28:18-20).

II. *Breach of Divine Trust*: Defendants failed to recognize Plaintiff's role (John 14:26, 15:26).

III. *Unlawful Exercise of Power*: Defendants acted contrary to Holy Scriptures (2 Timothy 3:16).

IV. *Damage to Church Reputation*: Defendants' actions harmed Church reputation and faithful.

V. *Injury to Plaintiff*: Defendants' actions diminished Plaintiff's rightful honor and worship.

*SUPPORTING FACTS:*

1. Plaintiff created Church through Jesus Christ (Acts 2:1-4).
2. Defendants claim authority from Saint Peter, not Plaintiff (contrary to John 16:13-15).
3. Defendants promote doctrines contradicting Holy Scripture (e.g., papal infallibility).
4. Defendants exercise earthly power beyond spiritual authority (e.g., Vatican City State).

*RELIEF SOUGHT:*

1. Declare Plaintiff sole rightful Head of Church.
2. Enjoin Defendants from unlawful assumption of authority.
3. Mandate recognition of Plaintiff's divine authority throughout Church.
4. Provide remedy for damages caused by Defendants' actions.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct .


_____
(Signature)

SAMMEISO LEWIS , SPIRITUS SANCTUS , THE HOLY SPIRIT , THE COMFORTER , JESUS CHRIST

©2002-2025 LawDepot.com®